DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAQUAN JARRIL SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1099

_____

March 25, 2026

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug,
Judge.

Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.
.

PER CURIAM.

        Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.